UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

American Alliance for Equal Rights,
Richard Fisher, & Phillip Aronoff,

    Plaintiffs,

v.

City of Chicago,
Bally's Chicago, Inc.,
Bally's Chicago Operating Company, LLC,
& Sean Brannon, Stephan Ferrara,
Dionne Hayden, & Charles Schmadeke,
in their official capacity as
Members of the Illinois Gaming Board,

    Defendants.

## NOTIFICATION OF AFFILIATES & CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2, Plaintiff American Alliance for Equal Rights makes the following disclosures: After a diligent review, the Alliance has no parent corporation and no publicly held corporation owns 10 percent or more of its stock. The Alliance has no affiliates.

    Dated: January 29, 2025

- 2 -

Respectfully Submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY

*Electronically signed by*
*Daniel P. Lennington*

Daniel P. Lennington
Skylar Croy

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385

Dan@will-law.org
Skylar@will-law.org

*Attorneys for Plaintiffs*

- 2 -