# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

American Alliance For Equal Rights, et al.

                                                        Plaintiff,

v.                                                                               Case No.: 1:25−cv−01017

                                                                              Honorable Jeffrey I Cummings

Chicago City, et al.

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' initial joint status report [32]. By agreement of the parties, discovery is stayed pending resolution of defendants' motions to dismiss. The Court is in receipt of defendants' motion to dismiss [21] [28] [30]. As is explained in the Court's standing order on motions to dismiss (available on the Court's website), the parties are advised that plaintiffs (as the non−moving parties) has a right to amend the complaint once within 21 days of the filing of defendants' motions to dismiss under Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, plaintiff is directed to review defendants' motions to dismiss and to consider exercising the right to amend the complaint as a matter of course under Rule 15(a)(1)(B). If plaintiffs decide to amend the pleading in response to the motions to dismiss, plaintiff shall file the amended complaint by 4/25/25 and defendants shall answer or otherwise plead by 5/15/25. If plaintiffs elect not to amend the complaint, but instead choose to respond to defendants' motions to dismiss, plaintiff shall file a joint response to defendants' motions to dismiss, not to exceed 35 pages, and defendants shall reply by 5/2/26 defendants shall reply by 5/16/25. Defendants are encouraged to meet and confer and consider the propriety of filing a joint reply. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. The 4/21/25 tracking status hearing is stricken and re−set to 6/2/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.