# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

American Alliance For Equal Rights, et al.
                                                    Plaintiff,

v.                                                  Case No.: 1:25−cv−01017
                                                    Honorable Jeffrey I Cummings

Chicago City, et al.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: Status hearing held on 5/6/25. For the reasons stated on the record, the briefing schedule on defendants' motions to dismiss is stayed. If no stipulation to dismiss has been filed by 5/20/25, the parties shall file a joint status report on that date regarding their efforts to resolve this matter. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.