UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, RICHARD FISHER, and PHILLIP ARONOFF,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, BALLY'S CHICAGO INC., BALLY'S CHICAGO OPERATING COMPANY, LLC, & SEAN BRANNON, STEPHAN FERRARA, DIONNE HAYDEN & CHARLES SCHMADEKE, *in their official capacity as Members of the Illinois Gaming Board*,<br><br>Defendants. | Case No. 1:25-cv-1017<br><br>Hon. Jeffrey I. Cummings |

## **JOINT STIPULATION OF DISMISSAL**

Plaintiffs have settled with Bally's Chicago Inc. and Bally's Chicago Operating Company, LLC. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed between Plaintiffs American Alliance for Equal Rights, Richard Fisher, and Phillip Aronoff, and Defendants City of Chicago, Bally's Chicago, Inc., Bally's Chicago Operating Company, LLC, Sean Brannon, Stephan Ferrara, Dionne Hayden, and Charles Schmadeke, that all of Plaintiffs' claims in this matter are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Pursuant to Rule 41(a)(1)(A), this dismissal shall be effective without a court order.

Dated: June 6, 2025

By: /s/ Skylar Croy

**Wisconsin Institute for Law & Liberty**
Daniel P. Lennington
Skylar Croy

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385
Dan@will-law.org
Skylar@will-law.org

*Counsel for Plaintiffs*

Respectfully Submitted,

By: /s/ Mary A. Laird

**RILEY SAFER HOLMES & CANCILA LLP**
Ronald S. Safer
Patricia Brown Holmes
Abigail L. Peluso
Lucas Thor Rael
Mary A. Laird
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
rsafer@rshc-law.com
pholmes@rshc-law.com
apeluso@rshc-law.com
lrael@rshc-law.com
mlaird@rshc-law.com

*Counsel for Defendant Bally's Chicago Inc. and Bally's Chicago Operating Company, LLC*

By: /s/ Ellen W. McLaughlin

**City of Chicago Department of Law**
Ellen W. McLaughlin
Andrew Worseck
Constitutional and Commercial Litigation Division
2 North LaSalle St., Suite 520
Chicago, Illinois 60602
(312) 742-5147
ellen.mclaughlin@cityofchicago.org
andrew.worseck@cityofchicago.org

*Counsel for Defendant City of Chicago*

By: /s/ Margaret Jones

**Office of the Illinois Attorney General**
Margaret Jones
Lee Stark
Assistant Attorneys General
115 S. LaSalle St., 27th Fl.
Chicago, IL 60603
(872) 272-0772
margaret.jones@ilag.gov
lee.stark@ilag.gov

*Counsel for Defendants Illinois Gaming Board*